# United States District Court
## For The Western District of North Carolina
## Statesville Division

TEDDY L. BOLES, SR,

               Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                       5:08-CV-22-MU

GARY JONES,
Admin., Johnston Correctional Inst.

               Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/14/2008 Order.



                                Signed: July 14, 2008

                                Frank G. Johns, Clerk
                                United States District Court